IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER A. CALDWELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:08cv524-SRW |
| | ) | (WO) |
| JEFFERY KELLER, | ) | |
| | ) | |
| Respondent. | | |

## **ORDER**

For good cause, it is

ORDERED that the recommendation (Doc. # 14) entered on September 3, 2008 be and hereby is VACATED.

DONE, this 25th day of September, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE